MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN 288816)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7296
    FAX: (415) 436-7234
    benjamin.tolkoff@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 13-639 WHO |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. ) | |
| RYAN FLOYD, ) | |
| Defendant. ) | |

      On January 13, 2014, the parties appeared before the Honorable Elizabeth D. LaPorte for arraignment on an Indictment. Assistant Federal Public Defender Jodi Linker was appointed as counsel for Defendant Ryan Floyd. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from January 13, 2014 to February 6, 2014. The parties agreed, and the Court found and held, as follows:

      1.     Defendant agreed to the exclusion of time pursuant to the Speedy Trial Act, as defense counsel needs time to investigate this matter and to confer with the defendant, taking into account the exercise of due diligence.

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO SPEEDY TRIAL ACT
CR 13-639 WHO

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 13, 2014 to February 6, 2014 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of Defendant Ryan Floyd, the period from January 13, 2014 to February 6, 2014 is excluded from the Speedy Trial Act calculations for effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 1/14/14

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

Approved As To Form:

_____/s/_____ Dated: January 13, 2014
JODI LINKER
Counsel for Ryan Floyd

_____/s/_____ Dated: January 13, 2014
BENJAMIN TOLKOFF
Assistant United States Attorney
Counsel for United States

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO SPEEDY TRIAL ACT
CR 13-639 WHO