STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant FLOYD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-13-0639 WHO |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | |
| RYAN FLOYD, | ) | |
| Defendant. | ) | |

1       The parties jointly request that, subject to the Court's approval, the status conference

2 presently set for June 5, 2014 be continued to June 19, 2014 at 1:30 pm.

3       At the last appearance, the Court set the above-captioned matter over until June 4, 2014

4 for further status.  The parties are currently in negotiations over this case and government counsel

5 recently provided the defense with new information relevant to those negotiations.  Accordingly,

6 the parties jointly request additional time to investigate this case and effectively prepare.

7       For the above reasons, the parties stipulate there is good cause – taking into account the

8 public interest in the prompt disposition of this case – to exclude the time from June 5, 2014 to

9 June 19, 2014 from computation under the Speedy Trial Act, and that failing to exclude that time

10 would unreasonably deny the defendant and his counsel the reasonable time necessary for

11 continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §

12 3161(h)(7)(A) and (B)(iv).  The parties further agree that the ends of justice would be served by

13 excluding the time from June 5, 2014 to June 19, 2014 from computation under the Speedy Trial

14 Act and that the need for the exclusion outweighs the best interests of the public and the

15 defendant in a speedy trial.

16       IT IS SO STIPULATED.

18 May 23, 2014                                    /s/
DATED                                         BENJAMIN P. TOLKOFF
19                                             Assistant United States Attorney

21 May 23, 2014                                    /s/
DATED                                       JODI LINKER
                                            Assistant Federal Public Defender

23       IT IS SO ORDERED.

24 May 27, 2014
DATED                                       WILLIAM H. ORRICK
25                                             United States District Judge