
1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone:     415.436.7700
   Facsimile:     415.436.7706
5  Jodi_Linker@fd.org

6  Counsel for Defendant FLOYD

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,           | Case No. CR 13-0639 WHO
13 |         Plaintiff,                   | STIPULATION AND ORDER
14 | v.                                   | CONCERNING PRETRIAL AND
   |                                      | TRIAL DATES
15 | RYAN FLOYD,
16 |         Defendant.
17

*US v. Floyd,* Case No. 13-0639 WHO;
STIP & ORDER                                1

The above-referenced matter is scheduled for trial starting on September 21, 2015, with a pretrial conference scheduled for Monday, August 31, 2015.  The parties have reached a resolution of this matter, therefore no trial is necessary.  Accordingly, the parties jointly request that the pretrial conference and trial date (and any other related dates and deadlines) be vacated.  The parties are currently scheduled to appear before the Court on Thursday, September 3, 2015 at 1:30 p.m. for change of plea.

IT IS SO STIPULATED.

August 18, 2015  
DATED

/s/  
ANDREW M. SCOBLE  
Assistant United States Attorney

August 18, 2015  
DATED

/s/  
JODI LINKER  
Assistant Federal Public Defender

ORDER

The pretrial conference and associated dates and deadlines are vacated.  The trial date will be vacated assuming that the change of plea occurs and is approved by the Court.

August 18, 2015  
DATED

WILLIAM H. ORRICK  
United States District Judge

US v. Floyd, Case No. 13-0639 WHO;  
STIP & ORDER                    2