1   STEVEN G. KALAR
    Federal Public Defender
2   GEOFFREY A. HANSEN
    Chief Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA  94102
4   Telephone:  (415) 436-7700
    Telefacsimile: (415) 436-7706
5
6   Counsel for Defendant FLOYD

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,        )    No. CR-13 - 639 WHO
                                     )
13                    Plaintiff,     )    **STIPULATION TO CONTINUE**
                                     )    **SENTENCING AND ORDER**
14  v.                               )
                                     )
15  RYAN FLOYD,                      )
                                     )
16                    Defendant.     )
    _____)

17

18        This matter is set before the Court for sentencing on January 21, 2016.  This case was

19  ordinally handled by Jodi Linker of the Federal Public Defender's Office, who assisted Mr.

20  Floyd in entering the plea.  After Ms. Linker went out on maternity leave, the case was

21  reassigned to undersigned defense counsel.

22        Unfortunately, the date selected for sentencing happens to be a date when undersigned

23  defense counsel will be out of the state.  As a consequence, he asked the parties whether the

24  sentencing could be continued for two weeks until February 4, 2016.  The Assistant United

25  States Attorney and Probation Officer have informed counsel that both can appear on that date.

26  This Court's Courtroom Deputy has indicated that this is a convenient date for the Court as well.

27

28

1    As a consequence, it is hereby stipulated that the sentencing in this matter be set for

2  February 4, 2016 at 1:30 p.m.

3

4    IT IS SO STIPULATED.

5

6  Date:   January 11, 2016            /s/_____

7                                      Geoffrey A. Hansen
                                       Chief Assistant Federal Public Defender

8  Date:   January 11, 2016            /s/_____

9                                      Andrew M. Scoble
                                       Assistant United States Attorney

10

11 **IT IS SO ORDERED.**

12

13 Date:  January 11, 2016            _____
                                      WILLIAM H. ORRICK

14                                     UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1